HERZOG TELESEME COMPANY, Respondent, *v.* MAJESTIC HOTEL COMPANY, Appellant.

*Herzog Teleseme Company* v. *Majestic Hotel Co.,* 105 App. Div. 642, affirmed.

(Argued October 16, 1906; decided November 13, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 28, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover on an alleged contract.

*John J. Crawford* and *Charles H. Brush* for appellant.

*Henry B. Corey* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Absent: GRAY, J.

---

ST. REGIS PAPER COMPANY, Appellant, *v.* TONAWANDA BOARD AND PAPER COMPANY, Respondent.

*St. Regis Paper Co.* v. *Tonawanda Board & Paper Co.,* 107 App. Div. 90, affirmed.

(Argued October 16, 1906; decided November 13, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 22, 1905, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial, and granted a new trial in an action to recover a sum alleged to be due for goods sold and delivered.

*Henry Purcell* for appellant.

*Lewis T. Payne* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and WILLARD BARTLETT, JJ. Absent: GRAY, J. Not sitting: HISCOCK, J.